**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-60088-BLOOM/Valle**

KATHLEEN BOCO, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC *and* JOHN DOES 1-25,

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal with Prejudice, ECF No. [8] ("Notice"), filed on February 26, 2019. The Court has carefully reviewed the Notice and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [8]** is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 19-cv-60088-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of February, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record